IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE MORGAN,

        Plaintiff,                        No. CIV S-09-3379 GEB EFB P

        vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION,                      ORDER

                                   /

        Plaintiff is a state prisoner proceeding without counsel and *in forma pauperis* in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a). No initial payment has been assessed. However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The agency having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

////

////

////

1

1       The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's *in forma*

2 *pauperis* application upon the Director of the California Department of Corrections and

3 Rehabilitation and deliver a copy of this order to the Clerk's financial division.

4       So ordered.

5 Dated: June 22, 2010.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE